| | |
|---|---|
| 1 | GLENN D. DASSOFF (SB# 96809) glenndassoff@paulhastings.com |
| | SCOTT H. SIMS (SB# 234148) scottsims@paulhastings.com |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 695 Town Center Drive |
| 3 | Seventeenth Floor |
| | Costa Mesa, CA  92626-1924 |
| 4 | Telephone:  (714) 668-6200 |
| | Facsimile:  (714) 979-1921 |
| 5 | |
| | Attorneys for Plaintiff and Counterdefendant |
| 6 | LA BOXING FRANCHISE CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA BOXING FRANCHISE CORPORATION, a California corporation, | CASE NO. 2:08-CV-01061-JAM-EFB |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR:** |
| vs. | **(A) FURTHER EXTENSION OF TIME FOR LA BOXING FRANCHISE CORPORATION TO REPLY TO DEFENDANTS' COUNTERCLAIMS; AND** |
| PRIME TIME BOXING FRANCHISE, INC., a California corporation; PRIME TIME BOXING, INC., a California corporation; and DOES 1 through 200, | |
| Defendants. | **(B) FURTHER EXTENSION OF TIME FOR THE PARTIES TO COMPLETE THE RULE 26(F) CONFERENCE AND REPORT** |
| | |
| PRIME TIME BOXING FRANCHISE, INC., a California corporation; PRIME TIME BOXING, INC., a California corporation; and DOES 1 through 200, | |
| Counterclaimants, | |
| vs. | |
| LA BOXING FRANCHISE CORPORATION, a California corporation, | |
| Counterdefendant. | |

LEGAL_US_W # 59503793.1                                             [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  The Court, having considered the Joint Stipulation for (A) Further Extension
2  of Time for LA Boxing Franchise Corporation to Reply to Defendants'
3  Coutnerlciams; and (B) Further Extension of Time for the Parties to Complete the
4  Rule 26(f) Conference and Report, filed by plaintiff/counterdefendant LA Boxing
5  Franchise Corporation ("Plaintiff") and defendants/counterclaimants Prime Time
6  Boxing, Inc. and Prime Time Boxing Franchise, Inc. ("Defendants"), and for good
7  cause shown, hereby ORDERS:

    i.    Plaintiff shall reply to Defendants' counterclaims on or before on or before September 16, 2008; and

    ii.    The Parties shall comply with the Court's Order Requiring Joint Status Report on or before September 16, 2008.

Based on the foregoing, is so ORDERED:

DATED:     July 21, 2008

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com