PILLSBURY WINTHROP SHAW PITTMAN LLP
Greg L. Johnson (SBN: 132397)
greg.johnson@pillsburylaw.com
Daveed A. Schwartz (SBN: 200046)
daveed.schwartz@pillsburylaw.com
Carrie L. Bonnington (SBN: 227570)
carrie.bonnington@pillsburylaw.com
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:   (916) 329-4700
Facsimile:    (916) 441-3583

Attorneys for Defendants and Counterclaimants
PRIME TIME BOXING, INC. and
PRIME TIME BOXING FRANCHISE, INC.

GLENN D. DASSOFF (SB# 96809) glenndassoff@paulhastings.com
SCOTT H. SIMS (SB# 234148) scottsims@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA  92626-1924
Telephone:   (714) 668-6200
Facsimile:    (714) 979-1921

Attorneys for Plaintiff and Counterdefendant
LA BOXING FRANCHISE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA BOXING FRANCHISE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIME TIME BOXING FRANCHISE, INC., a California corporation; PRIME TIME BOXING, INC., a California corporation; and DOES 1 through 200,<br><br>Defendants. | Case No. 2:08-CV-01061-JAM-EFB<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

1 **PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1), Federal Rules of Civil

2 Procedure, Plaintiff and Counter Defendant LA Boxing Franchise Corporation ("Plaintiff"), and

3 Defendants and Counterclaimants Prime Time Boxing, Inc. and Prime Time Franchise, Inc.

4 ("Defendants"), by and through their respective counsel of record, hereby stipulate to the

5 dismissal with prejudice of Plaintiff's action against Defendants and to the dismissal with

6 prejudice of Defendants' counterclaims against Plaintiff, with each party to bear its own costs

7 and fees.

8 Respectfully submitted,

9 DATED: November 3, 2008            PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     Greg L. Johnson
10                                   Daveed A. Schwartz
                                     Carrie L. Bonnington
11

12                                   By:         /s/ Daveed A. Schwartz
                                         Greg L. Johnson (SBN:  132397)
13                                       greg.johnson@pillsburylaw.com
                                         Daveed A. Schwartz (SBN:  200046)
14                                       daveed.schwartz@pillsburylaw.com
                                         Carrie L. Bonnington (SBN:  227570)
15                                       carrie.bonnington@pillsburylaw.com

16                                   Attorneys for Defendants and Counterclaimants
                                     PRIME TIME BOXING, INC. and PRIME TIME
17                                   FRANCHISE, INC.

18
   DATED: November 3, 2008           GLENN D. DASSOFF
19                                   SCOTT H. SIMS
                                     PAUL, HASTINGS, JANOFSKY & WALKER LLP
20

21                                   By:         /s/ Scott H. Sims
                                            SCOTT H. SIMS
22                                   Attorneys for Plaintiff and Counter Defendant
                                     LA BOXING FRANCHISE CORPORATION
23

24

25

26

27

28

701320123v1                          2           Stipulation of Dismissal and [Proposed] Order
                                                 Case No.: 2:08-CV-01061-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**UPON THE STIPULATION** of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses **WITH PREJUDICE** the action of Plaintiff and Counter Defendant LA Boxing Franchise Corporation against Defendants and Counterclaimants Prime Time Boxing, Inc. and Prime Time Franchise, Inc., with each party to bear its own costs and fees.

Furthermore, the Court dismisses **WITH PREJUDICE** the counterclaims of Defendants and Counterclaimants Prime Time Boxing, Inc. and Prime Time Franchise, Inc. against Plaintiff and Counter Defendant LA Boxing Franchise Corporation, with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: November 3, 2008

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com